IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00383-BNB

THERON JOHNNY MAXTON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
BOP DIRECTOR, Washington D.C.,
T. K. COZZA-RHODES, Warden FCI,
CHARLES DANIEL, Warden FCI,
S. COLLINS, Health Service USP, and
LT. ANTHONY, USP Florence,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 5, 2012, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge