IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00383-WYD-BNB

THERON JOHNNY MAXTON, #85599-071,

Plaintiff,

v.

UNITED STATES OF AMERICA,
BOP DIRECTOR, Washington, D.C.,
T.K. COZZA-RHODES, Warden F.C.I.,
CHARLES DANIEL, Warden F.C.I.,
S. COLLINS, Health Service, U.S.P., and
LT. ANTHONY, U.S.P., Florence,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants Cozza Rhodes, Daniel, Collins, and Anthony's Second Motion for More Definite Statement** [docket no. 74, filed May 30, 2013] (the "Motion").

      IT IS ORDERED that the Motion is DENIED and defendants Cozza Rhodes, Daniel, Collins and Anthony shall answer or otherwise respond to the to the plaintiff's Amended Complaint on or before **June 10, 2013**.

DATED:  May 31, 2013