IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00383-WYD-BNB

THERON JOHNNY MAXTON, # 85599-071,

Plaintiff,

v.

UNITED STATES OF AMERICA;
BOP DIRECTOR, Washington, D.C.;
T.K COZZA-RHODES, Warden F.C.I.;
CHARLES DANIEL, Warden F.C.I.;
S. COLLINS, Health Service, U.S.P.;
LT. ANTHONY, U.S.P. Florence,

Defendants.

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER
_____

This matter arises on the plaintiff's **Motion for Injunction and Restraining Order** [Doc. #92, filed 11/25/2013] (the " Motion").  I respectfully RECOMMEND that the Motion be DENIED.

The plaintiff filed his Amended Prisoner Complaint on April 11, 2013 (the "Amended Complaint") [Doc. #60].  The Amended Complaint seeks relief for alleged violations of the Eighth Amendment by officials at prison facilities in Florence, Colorado.  The plaintiff is currently incarcerated at the United States Penitentiary in Lewisburg, Pennsylvania ("USP Lewisburg").  He seeks an order preventing officials at USP Lewisburg from harming him.

This is the plaintiff's fourth motion for injunctive relief.  In two separate recommendations, I have discussed in detail the showing required to establish the right to

injunctive relief. I have also told the plaintiff that he "may not use this action to seek an injunction concerning events and defendants that are unrelated to those asserted in the Amended Complaint." The plaintiff does not discuss the factors necessary to obtain injunctive relief. Moreover, he seeks an order directing non-parties to cease their behavior.

I RECOMMEND that the plaintiff's Motion for Injunction and Restraining Order [Doc. #92] be DENIED.[1]

FURTHER, IT IS ORDERED that the plaintiff shall cease filing inappropriate motions for injunctive relief. Another failure to comply with this order will result in my recommendation that the action be dismissal with prejudice for abusive litigation conduct.

Dated December 3, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).