IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00383-WYD-BNB

THERON JOHNNY MAXTON, # 85599-071,

Plaintiff,

v.

UNITED STATES OF AMERICA;
BOP DIRECTOR, Washington, D.C.;
T.K COZZA-RHODES, Warden F.C.I.;
CHARLES DANIEL, Warden F.C.I.;
S. COLLINS, Health Service, U.S.P.;
LT. ANTHONY, U.S.P. Florence,

Defendants.

_____

**ORDER**
_____

This matter is before me on a letter filed by the plaintiff on February 5, 2014 [Doc. #113] (the "Letter"). The Letter is addressed to defendants' counsel and requests that he provide the plaintiff with dates and times to depose witnesses. The letter is improperly filed with the court.

IT IS ORDERED that the Letter [Doc. #113] is STRICKEN.

Dated February 7, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge