**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00383-WYD-NYW

THERON JOHNNY MAXTON, #85599-071,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
BOP DIRECTOR, Washington, D.C.,
T.K. COZZA-RHODES, Warden F.C.I.,
CHARLES DANIEL, Warden F.C.I.,
S. COLLINS, Health Service, U.S.P., and
LT. ANTHONY, U.S.P., Florence,

      Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Theron Maxton's Motion to Appoint Counsel [#131], filed January 28, 2015, and Plaintiff Theron Maxton's Motion for Sanctions [#134], filed February 2, 2015 (collectively, the "Motions"). Pursuant to the Order of Reference dated April 6, 2014 [#14] and the memorandums dated January 29, 2015 [#132] and February 3, 2015 [#136], the Motions are before this Magistrate Judge.

      Based on the record before it, the court finds that this case remains administratively closed pursuant to D.C.COLO.LCivR 41.2 and prior Order of this court [#130], as Plaintiff Mr. Maxton's criminal case has not yet concluded pending sentencing. Accordingly, IT IS ORDERED that the Motions are DENIED WITHOUT PREJUDICE.

DATED April 2, 2015.